UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BLAKE MANUFACTURING, INC.

          Plaintiff(s),          Case No. 19-cv-13657

v.          Judge Victoria A. Roberts

TRULIFE, INC.          Magistrate Judge David R. Grand

          Defendant(s).
                                  /

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Blake Manufacturing, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: December 12, 2019

/s/ Larry J. Saylor
Larry J. Saylor
P28165
MILLER, CANFIELD, PADDOCK, & STONE P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
(313) 496-7986
saylor@Millercanfield.com