AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:19-cv-13657-VAR-DRG

This summons for *(name of individual and title, if any)* TruLife Inc, Shawn Boss Reg Agent
was received by me on *(date)* 2/21/20 Friday 2:00 PM

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* Shawn Boss , who is
designated by law to accept service of process on behalf of *(name of organization)* TruLife Inc.
_____ on (date) 2/21/20 2:30 PM ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ 26.00 for travel and $ 3.44 for services, for a total of $ 29.44.

I declare under the penalty of perjury that this information is true.

Date: 2/21/20

Server's Signature

Michael J Greenslade Deputy Sheriff
Printed Name and Title

401 S. Jackson St. Jackson, MI, 49201
Server's address

Additional information regarding attempted service, etc.: