# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

BLAKE MANUFACTURING, INC.,

      Plaintiff,

v.

TRULIFE, INC.

      Defendant.

Case No. 2:19-CV-13657-VAR-DRG

## ENTRY OF APPEARANCE

A. Justin Poplin, of the law firm of Lathrop GPM LLP, hereby enters his appearance as an attorney of record for Plaintiff Blake Manufacturing, Inc.

Dated: February 25, 2020

Respectfully submitted,

LATHROP GPM LLP

By: */s/ Justin Poplin*
A. Justin Poplin
10851 Mastin Blvd.
Building 82, Suite 1000
Overland Park, KS 66210
Telephone: (913) 451-5100
Email: justin.poplin@lathropgpm.com

Attorneys for Plaintiff Blake Manufacturing, Inc.

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 25, 2020, a true and correct copy of the above and foregoing was electronically filed with the United States District Court for the Eastern District of Michigan and electronically served upon all parties having filed an appearance in this matter via the Court's CM/ECF notice of electronic filing.

      A copy has also been forwarded to:

      Shawn Boss
      TruLife, Inc.
      2010 East High Street
      Jackson, MI 49203

                                                */s/ Justin Poplin*
                                                Counsel for Plaintiff

32332053v.1