UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Blake Manufacturing, Inc.

    Plaintiff(s),

Case No. 2:19-cv-13657-VAR-DRG

v.

Judge Hon. Victoria A. Roberts

TruLife, Inc.

Magistrate Judge David R. Grand

    Defendant(s).
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against TruLife, Inc. for failure to plead or otherwise defend.

## **AFFIDAVIT**

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on February 21, 2020 at 150 West Jefferson Avenue, Ste. 2500, Detroit, Michigan 48226 by personal service.
   [certified mail, regular mail, personal service, waiver of service]

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: April 29, 2020

Signature: *[signed]*
Bar No.: KS21598
Street Address: 12980 Metcalf, Ste. 180
City, State, Zip Code: Overland Park, KS 66213
Telephone Number: 913-303-3841
Primary Email Address: JPoplin@Avant.Law

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 29, 2020, a true and correct copy of the above and foregoing was electronically filed with the United States District Court for the Eastern District of Michigan and electronically served upon all parties having filed an appearance in this matter via the Court's CM/ECF notice of electronic filing.

A copy has also been forwarded to:
    Shawn Boss
    TruLife, Inc.
    2010 East High Street
    Jackson, MI 49203

                                                                                                                                      _____
                                                                                                                                       Counsel for Plaintiff