UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Blake Manufacturing, Inc.,

                Plaintiff(s),

v.                                      Case No. 2:19−cv−13657−VAR−DRG
                                        Hon. Victoria A. Roberts

TruLife, Inc.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  TruLife, Inc.

  The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

  I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        DAVID J. WEAVER, CLERK OF COURT

                                        By: <u>s/ S Osorio</u>
                                              Deputy Clerk

Dated:  April 29, 2020