**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**Index of Exhibits**

| Exhibit | Description |
|---|---|
| A | 3/16/2020 letter from Defendant TruLife |
| B | 5/8/2020 letter from Defendant TruLife |
| C | Proposed permanent injunction |