# EXHIBIT A



March 16, 2020

Larry J. Saylor  
Miller, Canfield, Paddock & Stone P.L.C  
150 West Jefferson Avenue, Suite 2500  
Detroit, MI 48226

A. Justin Poplin  
Lathrop Gage LLP  
10851 Mastin Blvd  
Building 82, Suite 1000  
Overland Park, KS 66210

United States District Court  
Theodore Levin U.S. Courthouse  
231 W. Lafayette Blvd., Room 1023  
Detroit, MI 48226  
Case No. 2:19-cv-13657-VAR-DRG  
Hon. Victoria A. Roberts

Larry J. Saylor et al.

I refer to the copy summons attached.

We attempted to settle the matter amicably but Mr. Poplin did not respond to Noel Murphy's letter of the 28th of January, 2020, see appendix A.

We deny that we were aware of the existence of a patent and the fact that the Plaintiff did not notify us that there was a patent between their last invoice to us of the 6th of January, 2017 and the 29th of July, 2019 notification by Mr. Poplin's office (a whole 30 months without any suggestion of the existence of a patent) never raised the question of a patent in our minds.

Between December, 2016 and November, 2018 we purchased 3,100 units from another supplier at about $20 each and still have 666 of those units in inventory. We have not purchased any units of the product since November, 2018 and ceased selling them in 2019 when we commenced dialogue with Mr. Poplin.

Kind Regards,

*Shawn Boss* (signature)

Shawn Boss  
Registered Agent

Enclosures

---

2010 E. HIGH STREET • P.O. BOX 89 • JACKSON, MI 49204  
PHONE: 517-787-1600 • FAX: 517-789-3299 • ORDERS: 800-492-1088

26296 TWELVE TREES LANE NW • POULSBO, WA 98370  
PHONE: 360-697-5656 • FAX: 360-697-5876  
www.trulife.eu

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Blake Manufacturing, Inc.,

*Plaintiff,*

v.

Case No. 2:19-cv-13657-VAR-DRG
Hon. Victoria A. Roberts

TruLife, Inc.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: TruLife, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Larry J. Saylor
> 150 W. Jefferson Avenue
> Suite 2500
> Detroit, MI
> 48226-4415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: December 13, 2019







# USPS Tracking®

FAQs >

### Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70191640000213178325

Remove ✕

Your item has been delivered to an agent at 10:38 am on March 19, 2020 in DETROIT, MI 48243.

 **Delivered**

March 19, 2020 at 10:38 am
Delivered, To Agent
DETROIT, MI 48243

---

**Tracking History** ∧

March 19, 2020, 10:38 am
Delivered, To Agent
DETROIT, MI 48243
Your item has been delivered to an agent at 10:38 am on March 19, 2020 in DETROIT, MI 48243.

March 19, 2020, 7:26 am
Out for Delivery
DETROIT, MI 48226

March 19, 2020, 7:15 am
Arrived at Unit
DETROIT, MI 48216

March 18, 2020, 11:41 pm
Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

March 18, 2020, 8:53 am
Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

March 17, 2020, 7:32 am
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

March 16, 2020, 10:34 pm
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER