**EXHIBIT B**



May 8, 2020

Larry J. Saylor                                   A. Justin Poplin
Miller, Canfield, Paddock & Stone P.L.C           Lathrop Gage LLP
150 West Jefferson Avenue, Suite 2500             10851 Mastin Blvd
Detroit, MI 48226                                 Building 82, Suite 1000
                                                  Overland Park, KS 66210

United States District Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 1023
Detroit, MI 48226
Case No. 2:19-cv-13657-VAR-DRG
Hon. Victoria A. Roberts

Larry J. Saylor et al.

In reference to the attached default notice.  Information was mailed March 16, 2020 certified
mail.  That information is included along with the certified mail receipt.
Please note that we are not in default.

Kind Regards,


Shawn Boss
Registered Agent

Enclosures

2010 E. HIGH STREET • P.O. BOX 89 • JACKSON, MI 49204
PHONE: 517-787-1600 • FAX: 517-789-3299 • ORDERS: 800-492-1088

26296 TWELVE TREES LANE NW • POULSBO, WA 98370
PHONE: 360-697-5656 • FAX: 360-697-5876
www.trulife.eu

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RECEIVED MAY – 5 2020

Blake Manufacturing, Inc.

        Plaintiff(s),

v.

TruLife, Inc.

        Defendant(s).

_____/

Case No.  2:19-cv-13657-VAR-DRG

Judge    Hon. Victoria A. Roberts

Magistrate Judge   David R. Grand

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

    In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

TruLife, Inc. _____ for failure to plead or otherwise defend.

## <u>AFFIDAVIT</u>

    In support of my request for Clerk's Entry of Default, I state that:

1.  The summons and complaint were served on _____ February 21, 2020 _____ at

    150 West Jefferson Avenue, Ste. 2500, Detroit, Michigan 48226 _____ by

    personal service _____.
    [certified mail, regular mail, personal service, waiver of service]

2.  The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3.  The defendant is not an infant, incompetent person or a member of the military service.

4.  This statement is true and is signed under the penalty of perjury.

Date: _April 29, 2020_____

Signature
KS21598
Bar No.
12980 Metcalf, Ste. 180
Street Address
Overland Park, KS 66213
City, State, Zip Code
913-303-3841
Telephone Number
JPoplin@Avant.Law
Primary Email Address



March 16, 2020

Larry J. Saylor
Miller, Canfield, Paddock & Stone P.L.C
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226

A. Justin Poplin
Lathrop Gage LLP
10851 Mastin Blvd
Building 82, Suite 1000
Overland Park, KS 66210

United States District Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 1023
Detroit, MI 48226
Case No. 2:19-cv-13657-VAR-DRG
Hon. Victoria A. Roberts

Larry J. Saylor et al.

I refer to the copy summons attached.

We attempted to settle the matter amicably but Mr. Poplin did not respond to Noel Murphy's letter of the 28th of January, 2020, see appendix A.

We deny that we were aware of the existence of a patent and the fact that the Plaintiff did not notify us that there was a patent between their last invoice to us of the 6th of January, 2017 and the 29th of July, 2019 notification by Mr.Poplin's office (a whole 30 months without any suggestion of the existence of a patent) never raised the question of a patent in our minds.

Between December, 2016 and November, 2018 we purchased 3.100 units from another supplier at about $20 each and still have 666 of those units in inventory. We have not purchased any units of the product since November, 2018 and ceased selling them in 2019 when we commenced dialogue with Mr. Poplin.

Kind Regards,

Shawn Boss
Registered Agent

Enclosures

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Blake Manufacturing, Inc.,

*Plaintiff,*

v.

TruLife, Inc.,

*Defendant.*

Case No. 2:19‑cv‑13657‑VAR‑DRG
Hon. Victoria A. Roberts

## SUMMONS IN A CIVIL ACTION

To: TruLife, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Larry J. Saylor
> 150 W. Jefferson Avenue
> Suite 2500
> Detroit, MI
> 48226‑4415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: December 13, 2019





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 1640 0002 1317 8318

For delivery information, visit our website at *www.usps.com®*.

DETROIT, MI 48226    OFFICIAL USE

| Certified Mail Fee | $3.55 | 0627 |
| | | 08 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $0.55 | |
| Total Postage and Fees | $4.10 | |

Postmark Here — JACKSON MI 49201-9998 — MAR 16 2020 — 03/16/20 — USPS

Sent To  Miller Canfield Paddock & Stone
                Larry A Saylor
Street and Apt. No., or PO Box No.  150 West Jefferson, Suite 2500
City, State, ZIP+4®  Detroit MI 48226

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 1640 0002 1317 8332

For delivery information, visit our website at *www.usps.com®*.

OVERLAND PARK KS 66210    OFFICIAL USE

| Certified Mail Fee | $3.55 | 0627 |
| | | 08 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $0.55 | |
| Total Postage and Fees | $4.10 | |

Postmark Here — JACKSON MI 49201-9998 — MAR 16 2020 — 03/16/2020 — USPS

Sent To  Christian Baal    Lathrop Gage
Street and Apt. No., or PO Box No.  Holly Mastin Blvd, Suite 1000
City, State, ZIP+4®  Overlake KS 1010210

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 1640 0002 1317 8325

For delivery information, visit our website at *www.usps.com®*.

DETROIT, MI 48226    OFFICIAL USE

| Certified Mail Fee | $3.55 | 0627 |
| | | 08 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $0.55 | |
| Total Postage and Fees | $4.10 | |

Postmark Here — JACKSON MI 49201-9998 — MAR 16 2020 — 03/16/2020 — USPS

Sent To  United States D. Court
                America beru
Street and Apt. No., or PO Box No.  Victoria A Roberts  1023
City, State, ZIP+4®  231 W Lafayette Blvd
                Detroit MI 48226

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

 **USPS Tracking**®

FAQs >

## Track Another Package +

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70191640000213178325

Remove ✕

Your item has been delivered to an agent at 10:38 am on March 19, 2020 in DETROIT, MI 48243.

 **Delivered**

March 19, 2020 at 10:38 am
Delivered, To Agent
DETROIT, MI 48243

---

### Tracking History                                               ∧

**March 19, 2020, 10:38 am**
Delivered, To Agent
DETROIT, MI 48243
Your item has been delivered to an agent at 10:38 am on March 19, 2020 in DETROIT, MI 48243.

**March 19, 2020, 7:26 am**
Out for Delivery
DETROIT, MI 48226

**March 19, 2020, 7:15 am**
Arrived at Unit
DETROIT, MI 48216

**March 18, 2020, 11:41 pm**
Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

**March 18, 2020, 8:53 am**
Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

**March 17, 2020, 7:32 am**
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

**March 16, 2020, 10:34 pm**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

Feedback