# EXHIBIT C

# PROPOSED PERMANENT INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Defendant, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with Defendant who receive actual notice of this Permanent Injunction, by personal service or otherwise, are permanently enjoined and restrained from:

(1) infringing one or more claims of U.S. Pat. No. 6,923,780, directly or indirectly, through the manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the TruLife Boot or any other product that is not more than colorably different from the TruLife Boot; and

(2) infringing one or more claims of U.S. Pat. No. 7,163,519, directly or indirectly, through the manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the TruLife Boot or any other product that is not more than colorably different from the TruLife Boot.

Defendant and its agents, employees, servants, attorneys, successors, and assigns, and all others in privity or acting in concert therewith, must file with this Court, and serve upon BMI's counsel within thirty (30) days after entry of judgment, a written report under oath, setting forth in detail the manner and form in which it has complied with the Court's judgment.