# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 29, 2020, a true and correct copy of:

1. The foregoing Motion for Default Judgment, including Exhibits A-C;

2. The accompanying Declaration of A. Justin Poplin, including supporting Exhibits A-F; and

3. The accompanying Declaration of Mary L. Perez-Price, including supporting Exhibits A-D;

were electronically filed with the United States District Court for the Eastern District of Michigan and electronically served upon all parties having filed an appearance in this matter via the Court's CM/ECF notice of electronic filing.

A copy has also been forwarded to:

Shawn Boss
TruLife, Inc.
2010 East High Street
Jackson, MI 49203

_____
*Counsel for Plaintiff*