UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Blake Manufacturing, Inc.,

    Plaintiff(s),

vs                                          Case No: 19-13657
                                                 Honorable Victoria A. Roberts

TruLife, Inc.,

    Defendant(s),
_____/

## **ORDER OF DISMISSAL**

The parties advised the Court that they amicably resolved their differences. The terms of the settlement were placed on the record on October 15, 2020. Accordingly,

This case is **DISMISSED**. The Court retains jurisdiction for purposes of enforcing the settlement.

    **ORDERED**.

                                                         s/ Victoria A. Roberts
                                                         Victoria A. Roberts
                                                         United States District Judge

Dated: 10/15/2020